**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 22-1699**

―――――――

MAJOR MIKE WEBB, a/k/a Major Mike Webb for Congress (H8VA08167), d/b/a
Friends for Mike Webb,

         Plaintiff - Appellant,

    v.

CITY OF FALLS CHURCH; CITY OF ALEXANDRIA,

         Defendants - Appellees.

―――――――

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:22-cv-00668-MSN-WEF)

―――――――

Submitted:  December 20, 2022            Decided:  December 22, 2022

―――――――

Before NIEMEYER and QUATTLEBAUM Circuit Judges, and FLOYD, Senior Circuit
Judge.

―――――――

Affirmed by unpublished per curiam opinion.

―――――――

Michael David Webb, Appellant Pro Se.

―――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Major Mike Webb appeals the district court's order denying his motion to proceed in forma pauperis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons. *Webb v. City of Falls Church*, 1:22-cv-00668-MSN-WEF (E.D. Va. June 17, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*